**THE WEINSTEIN GROUP, PC**
6800 Jericho Turnpike, Suite 112W
Syosset, New York 11791
Tel. (516) 802 5330 / Fax. (516) 802 5332
Lloyd J. Weinstein (ljw@theweinsteingroup.net)

*Attorneys for* Lloyd J. Weinstein, Esq.,
State Court Appointed Receiver

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:

Silvershore Cypress LLC,

Debtor.

---------------------------------------------------------------x

Chapter 11

Case No. 24-43223-ESS

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE** that:

1. Under Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010(b), and 11 U.S.C. §§ 102(1) and 342, the undersigned attorneys appear as counsel for Lloyd J. Weinstein, Esq., State Court Appointed Receiver, and request that all notices given or required to be given in this case and all related cases and proceedings, and all papers served or required to be served in this case and all related cases and proceedings, be given to and served upon:

Lloyd J. Weinstein, Esq.
The Weinstein Group, PC
6800 Jericho Turnpike, Suite 112W
Syosset, New York 11791
Tel. (516) 802 5330 / Fax. (516) 802 5332
Email: ljw@theweinsteingroup.net

2. This request includes not only the notices and papers, whether formal or informal, *ex parte* or on notice, written or oral, referred to in the Bankruptcy

Rules and Code sections specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier, hand delivery, telephone, telegraph, telecopier, electronically, or otherwise, which affect or seek to affect in any way the Debtor, any right or interest of the Debtor, or affects or seeks to affect any rights or interest of any party in interest in this case or any related proceeding.

Dated: Syosset, New York
September 18, 2024

THE WEINSTEIN GROUP, PC

By: *_/s/ Lloyd J. Weinstein_*

Lloyd J. Weinstein, Esq.,
(ljw@theweinsteingroup.net)
6800 Jericho Turnpike, Suite 112W
Syosset, New York 11791
Tel. (516) 802 5330 / Fax. (516) 802 5332

*Attorneys for State Court-Appointed Receiver*