Steven Banks
Corporation Counsel, City of New York
Attorney for City of New York
By: Hugh H. Shull III (HS-0236), Ass't Corp. Counsel
100 Church Street, Room 5-233
New York, New York 10007
(w) (212) 356-2138
(c) (646) 581-3173
hughs@law.nyc.gov

Hearing Date and Time:
July 24, 2026 @ 10:30 a.m.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

SILVERSHORE CYPRESS LLC
SILVERSHORE PROPERTIES 95 LLC

Debtors.

Chapter 11
Case No. 24-43223-ESS.
Case No. 24-43224-ESS
---------------------------------------------------------X

**OBJECTION OF THE CITY OF NEW YORK TO**
**THE DEBTORS' PLAN AND SALE**

The City of New York (the "City"), by its attorney, STEVEN BANKS, Corporation Counsel of the City of New York, as and for its objection to confirmation of the Debtor's Plan of Reorganization and Sale of property, respectfully states:

1. The City objects to the Plan because it does not properly treat the City's real property tax claims and charges and water and sewer charges, which are first position liens on the Debtors' real property.
2. The Debtors own real property located at 10-71 through 10-81 Cypress Avenue, Queens, New York, a/k/a 1708 Summerfield Street, Block 3567, Lot 7 (the "Property"). The Property is rent regulated, and is in the City's Department of Housing Preservation and Development's Alternative Enforcement Program ("AEP"). .

3. The City's Department of Finance ("Finance") filed a secured proof of claim for real estate taxes and charges, including AEP program chares, of $1,280,235.90, which is claim 3-1 on the Claims register (the "Finance Claim") Together with interest and post-petition taxes and charges, the Finance Claim has grown to $2,036,065.93, inclusive of taxes and charges coming due January 1, 2027 (the "Finance Claim").
4. The Ne York City Water Board filed a secured claim in the amount of $29,503.33, which is claim number 6-1 on the claims register (the "Water Board Claim"). With post-petition water and sewer charges and interest, the Water Board Claim has grown to $$78,211.93 on the main water account. There are also 2 accounts with charges of under $100 each outstanding.
5. The City's Office of Administrative Trials and Hearings filed a claim for $2,400, which is Claim 5-1 on the claims register (the "OATH Claim") for Buildings and other agency violations, and additional violations may be owed. Further, records show HPD holds a heat and hot water judgment from 2019.
6. Furthermore, a property tax lien in the amount of $148,754.88 was sold to a Tax Lien Trust in 2017, and City Register records do not show it as having been satisfied, although it is possible it was previously paid. The servicer would need to be contacted to verify.
7. It may be that the Debtors intend to satisfy the tax liens and water charges through the plan and sale. The tax liens and water charges are all first position tax liens within the meaning of section 11-301 of the New York City Administrative Code and come ahead of the mortgage claim.
8. The Plan does not have a class for the Finance Claim or the Water Board Claim. The Debtors may intend the claims to be contained within the unclassified treatment of Priority

Claims, although Priority Claims are defined in the Plan as being claims within the meaning of sections 507(a)(8) and 502(i) of the Bankruptcy Code in Article 1.43, which would not seem to encompass the secured Finance Claim and Water Board Claim.

9. The Plan should be clarified to properly provide for payment of the full pre-petition and post-petition Finance Claim and Water Board Claim. The Plan should also be clear that the sale of the Property is subject to all City, State and Federal law pertinent thereto, and uncured violations run with the land.

**WHEREFORE**, the City respectfully requests that the confirmation of the Plan and concomitant sale be denied absent correction as set forth herein, and that the Court grant such other and further relief as the it deems just and proper.

Dated: New York, New York
July 17, 2026

Muriel Goode-Trufant
Corporation Counsel City of New York
Attorney for the City of New York

By: /s/ Hugh H. Shull
Hugh H. Shull, Ass't Corp Counsel
100 Church Street, Room 5-233
New York, New York 10007
Tel. (212) 356-2138
hughs@law.nyc.gov